IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK A. CAMPBELL,
also known as NICOLE ROSE CAMPBELL,
and STEVEN MILLER,

    Plaintiffs,

v.

BRUCE RANDALL, ROBERT KRUEGER,
JASON ALDANA, STEVEN JOHNSON,
ROBIN DIEBOLD, PAUL KEMPER,
CATHY JESS and CINDY O'DONNELL,

    Defendants.

Case No. 17-cv-775-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/30/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |